# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Angela D. Howell

Case No.: 15-19119

Hearing Date: 10/24/17

Chapter: 13

Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny, Jr. , United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Objection to Certification of Default filed by Creditor, Midfirst Bank

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen Courthouse
400 Cooper Street, 4th Floor
Camden, NJ 08101

**Date and Time:** October 24, 2017 at 10:00 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: October 2, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 2, 2017 this notice was served on the following: Debtor(s)/Attorney for Debtor(s)
Chapter 13 Trustee
Attorney for Creditor

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-19119-JNP
Angela D. Howell                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin            Page 1 of 1           Date Rcvd: Oct 02, 2017
                         Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db             +Angela D. Howell,    41 Delaware Avenue,    Erial, NJ 08081-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Angela D. Howell jjresq@comcast.net,    jjresq1@comcast.net
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6