Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–19119–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela D. Howell
   aka ANGELA D COOPER
   41 Delaware Avenue
   Erial, NJ 08081

Social Security No.:
   xxx–xx–6820

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         January 14, 2020
Time:             10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*56* – Certification in Opposition to Cert of Default MidFirst Bank (related document:55 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 41 Delaware Avenue, Erial NJ 08081. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 32 Creditor's Certification of Default filed by Creditor MidFirst Bank, 43 Creditor's Certification of Default filed by Creditor MidFirst Bank, 51 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 12/24/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Joseph J. Rogers on behalf of Angela D. Howell. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: December 20, 2019
JAN: kaj

                                                                             Jeanne Naughton
                                                                             Clerk