Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.: 15–19119–JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela D. Howell
   aka ANGELA D COOPER
   41 Delaware Avenue
   Erial, NJ 08081

Social Security No.:
   xxx–xx–6820

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                February 21, 2020
Time:               10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*62* – Certification in Opposition to Cert of Default (related document:61 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/27/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Joseph J. Rogers on behalf of Angela D. Howell. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: January 27, 2020
JAN: kaj

                                                                                 Jeanne Naughton
                                                                                  Clerk