Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−19119−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angela D. Howell
   aka ANGELA D COOPER
   41 Delaware Avenue
   Erial, NJ 08081

Social Security No.:
   xxx−xx−6820

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           February 21, 2020
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*62* − Certification in Opposition to Cert of Default (related document:61 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/27/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Joseph J. Rogers on behalf of Angela D. Howell. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: January 27, 2020
JAN: kaj

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                              Case No. 15-19119-JNP
Angela D. Howell                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jan 27, 2020
                              Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Angela D. Howell,    41 Delaware Avenue,    Erial, NJ 08081-1225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
      Jenelle C Arnold    on behalf of Creditor   MidFirst Bank bkecfinbox@aldridgepite.com,
       jarnold@ecf.courtdrive.com
      Joseph J. Rogers    on behalf of Debtor Angela D. Howell jjresq@comcast.net,
       jjrogers0507@gmail.com
      Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor   MidFirst Bank kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
                                                                                                     TOTAL: 8