UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:
    Angela D. Howell,

Debtor.

**Order Filed on June 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: <u>15-19119 JNP</u>

Adv. No.:

Hearing Date: 6/30/2020 @ 11:00 a.m..

Judge: <u>Jerrold N. Poslusny Jr.</u>

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: June 25, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Angela D. Howell
Case No:  15-19119 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING
CERTIFICATION OF DEFAULT

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a certification of default as to real property located at 41 Delaware Avenue, Erial, NJ 08081, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph J. Rogers, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 15, 2020, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2020 through June 2020 for a total post-petition default of $4,451.30 (2 @ $1,289.18, 2 AO @ $800.57, $200.00 for attorney f/c. 2 late charges @ $51.56, less suspense of $31.32); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,300.00 to be received no later than June 30, 2020; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,151.30 will be paid over six months by Debtor remitting $525.21 per month for five months and $525.25 for one month, which additional payments shall begin on July 1, 2020 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2020, directly to Secured Creditor's servicer, MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that the order survives the discharge and the post-petition arrears will not be discharged and the Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 15-19119-JNP
Angela D. Howell                                                Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jun 26, 2020
                              Form ID: pdf903      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
```
db              +Angela D. Howell,    41 Delaware Avenue,    Erial, NJ 08081-1225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                           TOTAL: 0
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Jenelle C Arnold    on behalf of Creditor   MidFirst Bank bkecfinbox@aldridgepite.com,
           jarnold@ecf.courtdrive.com
          Joseph J. Rogers    on behalf of Debtor Angela D. Howell jjresq@comcast.net,
           jjrogers0507@gmail.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank josh.goldman@padgettlawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   MidFirst Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                           TOTAL: 8
```